HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JONATHAN SOUVANNASANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00167 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING AND ORDER |
| | ) | |
| JONATHAN SOUVANNASANE, | ) | DATE: July 25, 2016 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for June 13, 2016, may be continued to July 25, 2016 at 8:30 a.m., or the soonest time thereafter convenient to the Court. It is further stipulated that any sentencing memorandum may be filed on or before June 22, 2016, and that any response thereto may be filed on or before July 18, 2016.

Defense counsel did not previously file any objections to the Presentence Investigation Report (PSR) prepared by the United States Probation Office; however, he just realized that an offense listed as a crime of violence listed in the PSR may no longer qualify as such in light of *United States v. Johnson*, 135 S.Ct. 2551(2015). For this reason the defense is requesting a continuance to allow briefing of the issue. A six week continuance is requested to accommodate the calendars of counsel.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 9, 2016     By     /s/ Kimberly A. Sanchez
                               KIMBERLY A. SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


DATED: June 9, 2016     By     /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               JONATHAN SOUVANNASANE


**ORDER**

**IT IS SO ORDERED**. The sentencing hearing scheduled for June 13, 2016 is continued to July 25, 2016, at 8:30 a.m.


IT IS SO ORDERED.

Dated:   **June 10, 2016**            /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE