PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00167-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | DATE: February 4, 2022 |
| JONATHAN SOUVANNASANE, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before the Honorable Barbara A. McAuliffe on February 4, 2022 at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to March 3, 2022 at 2:00 p.m.

3. Counsel for the defendant needs additional time to assess the case and review discovery. Counsel for the defendant is also involved in a trial in state court that is expected to continue for approximately one month.

4. Counsel for the government does not object to the continuance. Counsel for the government also desires additional time to investigate the underlying new law violation charged in the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

petition.

5.  March 3, 2022 represents the earliest date that the parties will be prepared and available to determine how best to proceed with the matter

\\\

IT IS SO STIPULATED.

| Dated:  January 31, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ KATHERINE E. SCHUH<br>KATHERINE E. SCHUH<br>Assistant United States Attorney |
| Dated:  January 31, 2022 | /s/ Yan Shrayberman<br>Yan Shrayberman<br>Counsel for Defendant<br>Jonathan Souvannasane |

### ORDER

IT IS SO ORDERED that the status conference is continued from February 9, 2022, to **March 3, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **February 1, 2022**            /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE