PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00167-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: May 2, 2022 |
| JONATHAN SOUVANNASANE, | TIME: 2:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before the Honorable Sheila K. Oberto on May 2, 2022 at 2:00 p.m.

2.      By this stipulation, the parties now move to continue the status conference to June 28, 2022, at 2:00 p.m.

3.      Counsel for the government has provided the defendant with an offer to resolve the matter. The defendant requests additional time to discuss the matter with his attorney, review discovery, and prepare for potential contested hearing.

4.      Counsel for the government does not object to the continuance.

5.      June 28, 2022, represents the earliest date that the parties will be prepared and available

1

1    to determine how best to proceed with the matter

2    \\\

3    IT IS SO STIPULATED.

4

5

6    Dated:  April 29, 2022                   PHILLIP A. TALBERT
                                             United States Attorney

7

8                                          /s/ KATHERINE E. SCHUH
                                         KATHERINE E. SCHUH
                                         Assistant United States Attorney

9

10

11    Dated:  April 29, 2022                   /s/ Yan Shrayberman
                                         Yan Shrayberman

12                                          Counsel for Defendant
                                         Jonathan Souvannasane

13

14

15                                     **ORDER**

16        IT IS SO ORDERED.

17

18

19    DATED:                            /s/ Sheila K. Oberto
                                     THE HONORABLE SHEILA K. OBERTO

20                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28