PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00167 JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE |
| JONATHAN SOUVANNASANE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for the defendant, that the status conference hearing on a supervised release violation set for June 28, 2022 before the Honorable Sheila K. Oberto, U.S. Magistrate Judge, be continued to August 31, 2022 at 1:00 pm.  Defense counsel desires additional time to discuss a potential resolution with the government, and to conduct any necessary additional investigation and related discovery review deemed necessary.  The attorney for the government recently entered her appearance and began handling the case, and the parties request additional time to attempt to reach an agreement.

**[Remainder of page intentionally left blank.]**

1

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contesed hearing or admission.

Dated:  June 24, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: June 24 2022

/s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for Defendant

IT IS SO ORDERED.

Dated: 6/24/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Court Judge

2