PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE,<br><br>Defendant. | CASE NO. 1:15-CR-00167-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: August 31, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before the Honorable Sheila K. Oberto on August 31, 2022 at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to November 8, 2022 at 2:00 p.m.

3. Counsel for the government has provided the defendant with an offer to resolve the matter. The defendant still needs additional time to discuss the matter with his attorney, review discovery, and prepare for potential contested hearing.

4. Counsel for the government does not object to the continuance.

5. November 8, 2022 represents the earliest date that the parties will be prepared and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

available to determine how best to proceed with the matter

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 30, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| | |
| Dated:  August 30, 2022 | /s/ Yan Shrayberman<br>Yan Shrayberman<br>Counsel for Defendant<br>Jonathan Souvannasane |

### ORDER

IT IS SO ORDERED that the status conference is continued from August 31, 2022, to **November 8, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **August 30, 2022**         /s/ Barbara A. McAuliffe         
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2