PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JONATHAN SOUVANNASANE, <br><br>  Defendant. | CASE NO. 1:15-CR-00167-JLT-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER <br><br> DATE: November 8, 2022 <br> TIME: 2:00 p.m. <br> COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before the Honorable Barbara A. McAuliffe on November 8, 2022 at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to February 7, 2023 at 2:00 p.m.

3. Counsel for the government has provided the defendant with an offer to resolve the matter. The defendant requests additional time to discuss the matter with his attorney, review discovery, and prepare for potential contested hearing.

4. Counsel for the government does not object to the continuance.

5. February 7, 2023 represents the earliest date that the parties will be prepared and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

available to determine how best to proceed with the matter

IT IS SO STIPULATED.

Dated:  November 4, 2022                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ LAUREL J. MONTOYA
                                                     LAUREL J. MONTOYA
                                                     Assistant United States Attorney


Dated:  November 4, 2022                             /s/ Yan Shrayberman
                                                     Yan Shrayberman
                                                     Counsel for Defendant
                                                     Jonathan Souvannasane


### **ORDER**

IT IS SO ORDERED that the status conference is continued from November 9, 2022, to **February 7, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **November 4, 2022**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2