LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P. O. Box 506
Fresno, California 93709
Telephone:   (559) 779-2315
Email: YanEsq@me.com

Attorney for Defendant
JONATHAN SOUVANNASANE

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE<br><br>Defendant. | **Case: 1:23-CR-00042 JLT-SKO**<br>         **1:15-CR-00167 JLT SKO**<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: November 27, 2023<br>TIME: 10:00 am<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for sentencing on November 27, 2023 in this Court.

2. By this stipulation, defendant now moves to continue the sentencing until **January 29, 2024**, and to exclude time between **November 27, 2023**, and **January 29, 2024**.

3. The parties agree and stipulate, and request that the Court find the

following:

a) Counsel for defendant desires additional time to discuss sentencing issues in this matter and the application of various enhancements to the sentencing.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 20, 2023 　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　/S/ KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: November 20, 2023 　　　　　　/s/ YAN SHRAYBERMAN
　　　　　　　　　　　　　　　　　　YAN SHRAYBERMAN
　　　　　　　　　　　　　　　　　　Counsel for Defendant

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 21, 2023**

UNITED STATES DISTRICT JUDGE