PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE,<br><br>Defendants. | CASE NO.  1:23-CR-00042-JLT-SKO<br>1:15-CR-00167-JLT-KSO<br><br>STIPULATION TO CONTINUE EXTEND BRIEFING SCHEDULE; FINDINGS AND ORDER<br><br>DATE: September 9, 2024<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney and Kimberly A. Sanchez, and the defendant Jonathan Souvannasane, by and through his counsel of record, Yan Shrayberman, hereby stipulate as follows.

1. This matter is currently set for sentencing and disposition on September 9, 2024, in this Court, and the parties' supplemental briefing is due on July 8, 2024.

2. By this stipulation, the parties now move to reset the briefing schedule as follows.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On July 3, 2024, the transcript of the guilty plea became available.

   b) The parties desire additional time to review the transcript, continue discussions regarding the possibility of defendant withdrawing his pending motion to withdraw his guilty plea and proceeding to sentencing instead of proceeding on the motion.

   c) The parties request their briefing due on or before August 26, 2024, which is two

weeks prior to the scheduled sentencing date.

        d)     Additionally, defense begins a trial in state court later this week, and due to time constraints related to that, would like additional time as requested above.

IT IS SO STIPULATED.

Dated: July 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant United States Attorney

Dated: July 8, 2024

/s/ YAN SHRAYBERMAN
YAN SHRAYBERMAN
Counsel for Defendant
Jonathan Souvannasane

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **July 8, 2024**

UNITED STATES DISTRICT JUDGE