PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE,<br><br>Defendants. | CASE NO. 1:23-CR-00042-JLT-SKO<br>1:15-CR-00167-JLT-KSO<br><br>STIPULATION TO CONTINUE SENTENCING AND EXTEND BRIEFING SCHEDULE<br><br>DATE: September 9, 2024<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney and Kimberly A. Sanchez, and the defendant Jonathan Souvannasane, by and through his counsel of record, Yan Shrayberman, hereby stipulate as follows.

1. This matter is currently set for sentencing and disposition on September 9, 2024, in this Court, and the parties' supplemental briefing was due on August 26, 2024. Dkt. 20, 24.

2. Defense filed supplemental briefing on August 26, 2024. Dkt. 26.

3. In researching and drafting its supplemental briefing, the government found caselaw supporting only that the court has discretion to allow a plea withdrawal, but plea withdrawal is not required where the parties inaccurately estimate the sentencing guideline range so long as a thorough colloquy regarding sentencing is conducted by the court at the time of the plea. The government reviewed the transcript of the change of plea proceeding, and the court engages in a thorough Rule 11 colloquy, including advisements that the court could sentence the defendant outside of the guidelines

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

and the defendant would not be permitted to withdraw his plea even where the court does not follow the parties recommendations, and the defendant indicated he understood.

4. The parties would like time to further discuss the case viewed now in the light of having the benefit of the transcript and additional research.

5. By this stipulation, the parties now move to reset the briefing schedule as follows.

6. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have further reviewed a significant bank of caselaw, the transcript of the guilty plea, and desire additional time to continue discussions regarding the possibility of defendant withdrawing his pending motion to withdraw his guilty plea and proceeding to sentencing instead of proceeding on the motion.

   b) The parties request their briefing be due on or before September 23, 2024, and that the hearing on the motion or the sentencing be continued to October 7, 2024.

IT IS SO STIPULATED.

Dated:  August 27, 2024                         PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ KIMBERLY SANCHEZ
                                                KIMBERLY SANCHEZ
                                                Assistant United States Attorney

Dated:  August 27, 2024                         /s/ YAN SHRAYBERMAN
                                                YAN SHRAYBERMAN
                                                Counsel for Defendant
                                                Jonathan Souvannasane

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **August 28, 2024**

                                                UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2